# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JOHN CALDWELL
ADC #90188                                                                          PLAINTIFF

V.                                     5:09CV00129 JMM/JTR

GRANT HARRIS, Warden,
Varner Super Max Unit; and
CORRECTIONAL MEDICAL SERVICES                                       DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Partial Disposition

submitted by United States Magistrate Judge J. Thomas Ray and the filed objections. After carefully

considering these documents and making a *de novo* review of the record in this case, the Court

concludes that the Proposed Findings and Recommended Partial Disposition should be, and hereby

are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1.      Plaintiff's Emergency Motion for a Preliminary Injunction (docket entry #56) is

DENIED, AS MOOT.

2.      The Court CERTIFIES, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma*

*pauperis* appeal from this Order would not be taken in good faith.

Dated this 11th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE