**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**


JOHN CALDWELL
ADC #90188                                                                            PLAINTIFF

V.                                          5:09CV00129  JMM/JTR

CORRECTIONAL MEDICAL SERVICES, INC.                        DEFENDANT


## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED, WITH PREJUDICE, and Judgment is entered in favor

of Defendants on all claims set forth herein.  Further, the Court certifies, pursuant to 28 U.S.C. §

1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would

not be taken in good faith.

Dated this 1st day of December, 2010.


                                                    _____
                                                    UNITED STATES DISTRICT JUDGE